JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
TOWN OF LAKE PARK

(b) County of Residence of First Listed Plaintiff  **Palm Beach County**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

Donald N. Jacobson, Esq.
Donald N. Jacobson, P.A.
PO Box 1425, West Palm Beach, FL 33402

### DEFENDANTS
MAJESTIC PRINCESS CRUISES, INC. and the M/V "MAJESTIC PRINCESS II", in rem

County of Residence of First Listed Defendant  **Palm Beach County**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

(d) Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO

JUDGE _____    DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

Admiralty Rule E(10)(c) Vessel Arrest

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 17,246.81

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE April 29, 2011

FOR OFFICE USE ONLY

AMOUNT _____    RECEIPT # _____    IFP _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

" IN ADMIRALTY"

CASE NO:

TOWN OF LAKE PARK

    Plaintiff

vs.

MAJESTIC PRINCESS CRUISES, INC.
and the M/V "*MAJESTIC PRINCESS II*", *in rem*

    Defendant(s)
_____/

## VERIFIED COMPLAINT

The Plaintiff, TOWN OF LAKE PARK, by and through its undersigned counsel, files this Verified Complaint against the motor vessel "*MAJESTIC PRINCESS II*", *a* 2002 124' Skipper Liner manufactured charter vessel, boats, her engines, tackle, apparel and other appurtenances, *in rem* and MAJESTIC PRINCESS CRUISES, INC.

## COUNT I

## BREACH OF LAKE PARK HARBOR MARINA DOCKAGE AGREEMENT

1. This is a cause of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is within the jurisdiction of this Court pursuant to 46 U.S.C. §31301 *et seq.*

2. At all material times herein, the Plaintiff, was and is a town with its principal place of business located at 105 Lake Shore Drive, Lake Park, FL 33403 and all payments

were due at that address in Lake Park, Florida.

3. At all material times herein and upon information and belief, the Defendant's M/V "*MAJESTIC PRINCESS II*", *a* 2002 124' Skipper Liner manufactured charter vessel. The M/V "*MAJESTIC PRINCESS II*" is and will be within the Southern District of Florida at Lake Park Harbor Marina. during the pendency of her arrest.

4. At all material times herein and upon information and belief, the Defendants MAJESTIC PRINCESS CRUISES, INC. and the M/V "*MAJESTIC PRINCESS II*" are *sui juris* and obligated to pay any amounts determined to be and not to be a maritime Lien against the *in rem* Defendant and for attorney fees pursuant to the Plaintiff's Dockage Agreement.

5. On or about 10/1/2010, the Plaintiff, TOWN OF LAKE PARK, and Defendant signed a Lake Park Harbor Marine Dockage Agreement and the parties agreed that the amounts therein would be paid as agreed. See attached Exhibit "A".

6. Defendant's M/V "*MAJESTIC PRINCESS II*" and her owner have failed to make payments under the Marine Dockage Agreement on the principal balance of $17,246.81 plus accrued interest at a rate of 1.5% per month plus late fees.

**WHEREFORE**, the Plaintiff, TOWN OF LAKE PARK, prays for the following:

7. That process issue against the M/V "*MAJESTIC PRINCESS II*", her boats, engines, tackle, equipment, apparel, furnishings, freights, and appurtenances, etc, *in rem*.

8. That all persons having or claiming an interest therein may be required to appear and answer the afore said matters.

9. That the Plaintiff be decreed to have a lien upon the Defendant's vessel described herein and that such lien be foreclosed in accordance with law and thereupon that the vessel be condemned and sold in payment of the amount due and all such other sums as owned, and that the Plaintiff be permitted to bid the amount of its lien at the sale of the vessel.

10. That this Court further award the Plaintiff the total amount due, prejudgment interest and costs, and that Plaintiff be permitted to recover same from the Defendant's vessel, *in rem*, and any non-maritime amounts from the *in personam* Defendants, MAJESTIC PRINCESS CRUISES, INC. and M/V "*MAJESTIC PRINCESS II*", along with all attorney fees incurred by Plaintiff.

### CERTIFICATE OF SERVICE

**I hereby certify** that on the date set forth above I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Donald N. Jacobson
Donald N. Jacobson, Esq.
Florida Bar No: 0844098

DONALD N. JACOBSON, P.A.
P.O. Box 1425
West Palm Beach, Florida 33402-1425
561.835.8436
561.835.4224 (Fax)
donald@dnjlaw.com

By U.S. Mail:

| | |
|---|---|
| MAJESTIC PRINCESS CRUISES, INC.<br>8424 Westphalia Road<br>Upper Marlboro, MD 20774 | "*MAJESTIC PRINCESS II*"<br>8424 Westphalia Road<br>Upper Marlboro, MD 20774 |
| MAJESTIC PRINCESS CRUISES, INC.<br>5030 Sabreline Terrace<br>Greenacres, FL 33463 | "*MAJESTIC PRINCESS II*"<br>5030 Sabreline Terrace<br>Greenacres, FL 33463 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

" IN ADMIRALTY"

CASE NO:

TOWN OF LAKE PARK

    Plaintiff

vs.

MAJESTIC PRINCESS CRUISES, INC.,
the vessel "*MAJESTIC PRINCESS II*"

    Defendant(s)
_____/

**VERIFICATION**

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, __Anne M. Costello__, being duly sworn, deposes and says:

1. I am the Director of Finance of the TOWN OF LAKE PARK, the Plaintiff herein.

2. I have read the foregoing Verified Complaint and know the contents thereof, and the same is true to the best of my own knowledge.

3. The reason I make this verification is that the TOWN OF LAKE PARK is a Town and I am its Director of Finance.

4. The sources of my information and the grounds of my belief as to all matters stated in the Verified Complaint are based upon personal knowledge and reports made to me

by employees of the TOWN OF LAKE PARK, and by reviewing the records of the corporation. I am authorized to make these representations on behalf of the TOWN OF LAKE PARK.

TOWN OF LAKE PARK

By: *Anne M. Costello* Director of Finance

STATE OF FLORIDA
COUNTY OF PALM BEACH

SWORN TO and subscribed before me, the undersigned authority, this __29__ day of __April__, 2011, by __Anne M. Costello__ as Director of Finance of the TOWN OF LAKE PARK, who is personally known to me or who has produced a drivers license as identification.

SEAL 
Notary Public State of Florida
Vivian Mendez Lemley
My Commission DD844419
Expires 02/24/2013

Notary Public, State of Florida
My Commission Expires __2/24/2013__

# EXHIBIT "A"

G106

# LAKE PARK HARBOR MARINA DOCKAGE AGREEMENT

**THIS DOCKAGE AGREEMENT** made by and between the Town of Lake Park, Florida, as owner and operator of the Lake Park Harbor Marina, located at 105 Lake Shore Drive, Lake Park, FL 33403 , phone (561) 881-3353, (hereinafter collectively referred to as "Marina"), and ___Ken Gibson___ , who is the owner of the Vessel as more specifically described herein (hereinafter referred to as "Tenant"), hereby agree to the following terms and conditions for the slip leasing and dockage of the Tenant's Vessel. The Owner and Tenant hereby agree to the terms and conditions contained in this Slip Lease Agreement and the Marina's "Dockside Procedures" as amended from time to time, and which are incorporated into this Agreement as if fully set forth herein.

**NOW, THEREFORE,** in consideration of the mutual covenants contained herein and intending to be legally bound hereby, the Parties agree as follows:

**1. TENANT:** (The Tenant shall be the Vessel owner. Proof of Vessel ownership is required such as a certified copy of title or other evidence of ownership which is satisfactory to the Marina at the time of Application.)

Owner Name(s): __MAJESTIC Cruises INC.__   Home Phone: __561-254-0424__
Billing Address: __5080 SABRELINE TER__   Work Phone: __561-254-0424__
City: __GREENACRES__  State: __FL__  Zip: __33463__  Cell Phone: __561-254-7653__
Emergency (Name): __Michele Chen__  (Key Chain)  Phone: _____  Email: _____

**2. TENANT'S VESSEL:**

Vessel Name: __MAJESTIC PRINCESS II__  __Gauntlet Skipper Liner__  Year: __2002__
Registration/Documentation No. _____  Length: __24'__  Beam: __26'__  Draft: __5'6"__

**3. VESSEL INSURANCE** (Proof of insurance required before occupancy commences)

Carrier: __On File__  Policy No: _____  Exp Date: __10.01.11__
Agent Name: __Bobby Davis__  Phone No: _____

**4. DOCKAGE TERM:**

Monthly  (Annual)  Lease Commencement Date: __10·1·10__  Termination Date: __10·1·11__

**5. MARINA CHARGES:**

Dockage charges:  $ __2666.00__   Sales tax:  $ __173.29__
Utility fee:      $ __30.00__     Total:      $ __2869.29__

Credit Card #: _____   Exp. Date: _____  Visa  MC  Amex

CHARGES (INCLUDING APPLICABLE SALES TAX) ARE PAYABLE MONTHLY IN ADVANCE ON THE FIRST OF THE MONTH. PAYMENTS NOT RECEIVED BY THE 15TH DAY OF THE MONTH WILL AUTOMATICALLY BE CHARGED TO THE TENANT'S CREDIT CARD.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement the day and year first above written:

By Marina Manager: ___[signature]___   Date: __10·7·10__
By Tenant: ___[signature]___   Date: __10-07-10__

The Vessel's Owner must sign this Agreement as the Tenant, unless a notarized Owner authorization is provided for an agent to sign on behalf of the Vessel Owner. The tenancy shall be in the name of the Vessel Owner notwithstanding the execution of this Agreement by an agent of the Vessel Owner, and the Marina Manager, may require a personal guaranty by the agent.



Lake Park Harbor Marina
105 Lake Shore Drive
Lake Park, FL 33403
(561)881-3353
www.lakeparkmarina.com

Page 1

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| 00457 | 04/14/11 |

Majestic Princess
8424 Westphalia Road
Upper Marlboro, MD 20774

AMOUNT
ENCLOSED $ _____

Majestic Princess II   FD2

PLEASE DETACH AND RETURN THIS PORTION WITH PAYMENT.

| DATE | INVOICE NO. | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 09/01/10 | 804617 | September Dockage 2010 | 1,181.44 | | 1,181.44 |
| 10/01/10 | 804708 | October Dockage 2010 | 2,869.29 | | 4,050.73 |
| 11/02/10 | 804789 | November Dockage 2010 | 2,869.29 | | 6,920.02 |
| 12/01/10 | 804861 | December Dockage 2010 | 2,869.29 | | 9,789.31 |
| 01/03/11 | 804950 | January Dockage 2011 | 2,855.96 | | 12,645.27 |
| 02/01/11 | 805037 | February Dockage 2011 | 2,855.96 | | 15,501.23 |
| 02/28/11 | 805075 | Elec 06/29/10-02/28/11 | 33.66 | | 15,534.89 |
| | | 13359 - 13053 X 0.11000 | | | |
| 03/01/11 | 805128 | March Dockage 2011 | 2,855.96 | | 18,390.85 |
| 04/01/11 | 1416 | Payment Received | | 4,000.00 | 14,390.85 |
| 04/01/11 | 805222 | April Dockage 2011 (FD2) | | | |
| | | CHARTER ANNUAL MONTHLY | 2,666.00 | | 17,056.85 |
| | | MONTHLY UTIL FEE | 30.00 | | 17,086.85 |
| | | Sales Tax | 159.96 | | 17,246.81 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | AMOUNT DUE |
|---|---|---|---|---|
| 2,855.96 | 2,889.62 | 2,855.96 | 8,645.27 | $17,246.81 |

Thank You for Your Business

*Thank You*

```
13:03:38   25 Apr 2011                          Lake Park Harbor Marina                                    Page   1
                                                     Ledger Card

Customer   : 00457 Majestic Princess                     --Boat--                                          --Slip--
Home Phone : (561) 254-7653                              000457 Majestic Princess II    FD2
Work Phone : (561) 254-0424                              000655 Majestic Princess I

Date      Ref     Description                      Labor    Parts    Other    Tax    Debit      Credit      Balance
-------- ------- ------------------------------    -----    -----    -----    ---    -------    -------     --------
                 Previous balance                                                                           4077.58
07/01/09 006718  Diesel                                                              1110.84                5188.42
07/01/09 006720  Ship's Store                                                                   1110.84     4077.58
07/01/09 006721  Diesel                                                               889.68                4967.26
07/01/09 803057  July Dockage 2009                                                   1641.46                6608.72
07/08/09 006904  Payment Received                                                               3000.00     3608.72
                 REF# 1502

07/19/09 007127  diesel                                                               595.30                4204.02
07/28/09 803141  Elec 06/30/09-07/28/0                                                116.49                4320.51
                 1119 - 60 X 0.11000

08/03/09 007365  Payment Received                                                               3000.00     1320.51
                 REF# 1527

08/04/09 007387  Beverages                                                             62.07                1382.58
08/10/09 007481  Gatorade                                                               4.00                1386.58
08/11/09 007494  water                                                                  9.01                1395.59
08/12/09 007502  Discounted Diesel                                                   2907.45                4303.04
08/21/09 007620  Discounted Fuel                                                     1110.81                5413.85
08/25/09 007681  Prorated August Docka                                               1309.76                6723.61
08/26/09 803217  July Dockage 2009                                                   2331.05                9054.66
08/26/09 803218  August Dockage 2009                                                 2331.05               11385.71
08/28/09 803265  Elec 07/28/09-08/28/0                                                 96.91               11482.62
                 2000 - 1119 X 0.11000

09/01/09 803307  September Dockage 200                                               2331.05               13813.67
09/17/09 008066  Diesel                                                               443.39               14257.06
10/01/09 008249  Diesel w/discount                                                   1326.32               15583.38
10/01/09 803424  October Dockage 2009                                                2331.05               17914.43
10/02/09 008260  Payment Received                                                               2200.00    15714.43
                 REF# 1584

10/03/09 008293  diesel                                                              1489.32               17203.75
10/09/09 008376  Diesel                                                                 8.47               17212.22
10/10/09 008388  5200 Fast Cure                                                        13.31               17225.53
10/17/09 008482  diesel                                                              1352.46               18577.99
11/01/09 008636  Diesel                                                              1059.91               19637.90
11/02/09 803523  November Dockage 2009                                               2331.05               21968.95
11/05/09 008691  Payment Received                                                               3500.00    18468.95
                 REF# 1643

11/13/09 008765  Diesel                                                               962.08               19431.03
11/28/09 008948  diesel                                                               801.41               20232.44
12/01/09 803617  December Dockage 2009                                               2331.05               22563.49
12/10/09 009085  Payment Received                                                               2000.00    20563.49
                 REF# 1704
```

```
13:03:38   25 Apr 2011                        Lake Park Harbor Marina                                        Page   2
                                                    Ledger Card
Customer   : 00457 Majestic Princess                              --Boat--                              --Slip--
Home Phone : (561) 254-7653                               000457 Majestic Princess II FD2
Work Phone : (561) 254-0424                               000655 Majestic Princess I

Date       Ref    Description                Labor    Parts    Other    Tax    Debit      Credit      Balance
---------- ------ -------------------------- -------- -------- -------- ------ ---------- ----------- -----------
12/11/09   009090 Diesel                                                        1258.90                 21822.39
12/18/09   009161 Diesel                                                         405.38                 22227.77
12/19/09   009167 Diesel                                                         961.59                 23189.36
01/04/10   803718 January Dockage 2010                                          2331.05                 25520.41
01/16/10   009451 Diesel                                                         641.48                 26161.89
01/29/10   009606 Payment Received                                                          3000.00    23161.89
                  REF# 1756

02/01/10   803835 February Dockage 2010                                         2331.05                 25492.94
02/04/10   009689 Dirsel                                                        2371.15                 27864.09
03/01/10   803947 March Dockage 2010                                            2331.05                 30195.14
03/02/10   010031 Payment Received                                                          3000.00    27195.14
                  REF# 095467

03/02/10   010032 Payment Received                                              3000.00                 30195.14
                  REF# 0987654

04/01/10   010447 Payment Received                                                          3000.00    27195.14
                  REF# 1853

04/01/10   804061 April Dockage 2010                                            2331.05                 29526.19
04/30/10   010901 Payment Received                                                          4000.00    25526.19
                  REF# 1945

05/05/10   804180 May Dockage 2010                                              2331.05                 27857.24
06/01/10   011618 Payment Received                                                          3000.00    24857.24
                  REF# 1963

06/01/10   804294 June Dockage 2010                                             2331.05                 27188.29
07/01/10   012192 Payment Received                                                          3000.00    24188.29
                  REF# 1982

07/01/10   804407 July Dockage 2010                                             2331.05                 26519.34
08/02/10   804514 August Dockage 2010                                           2331.05                 28850.39
08/04/10   012840 Payment Received                                                          3000.00    25850.39
                  REF# 1047

09/01/10   804617 September Dockage 201                                         2331.05                 28181.44
09/07/10   013432 Payment Received                                                          3000.00    25181.44
                  REF# 11150

10/01/10   804708 October Dockage 2010                                          2869.29                 28050.73
10/11/10   013926 Payment Received                                                          4000.00    24050.73
                  REF# 101110

11/02/10   804789 November Dockage 2010                                         2869.29                 26920.02
11/04/10   014214 Payment Received                                                          4000.00    22920.02
                  REF# 1200
```

```
13:03:38   25 Apr 2011                          Lake Park Harbor Marina                                              Page    3
                                                      Ledger Card
Customer   : 00457 Majestic Princess                                      --Boat--              --Slip--
Home Phone : (561) 254-7653                                               000457 Majestic Princess II  FD2
Work Phone : (561) 254-0424                                               000655 Majestic Princess I

Date     Ref     Description                    Labor      Parts    Other    Tax      Debit      Credit     Balance
-------- ------- ------------------------------ ---------- -------- -------- -------- ---------- ---------- ----------
12/01/10 804861  December Dockage 2010                                                 2869.29               25789.31
12/04/10 014599  Payment Received                                                                 4000.00    21789.31
                 REF# 1234

01/03/11 014945  Payment Received                                                                 4000.00    17789.31
                 REF# 1362

01/03/11 804950  January Dockage 2011                                                  2855.96               20645.27
02/01/11 805037  February Dockage 2011                                                 2855.96               23501.23
02/03/11 015367  Payment Received                                                                 4000.00    19501.23
                 REF# 1370

02/28/11 805075  Elec 06/29/10-02/28/1                                                   33.66               19534.89
                 13359 - 13053 X 0.110

03/01/11 015704  Payment Received                                                                 4000.00    15534.89
                 REF# 1282

03/01/11 805128  March Dockage 2011                                                    2855.96               18390.85
04/01/11 016186  Payment Received                                                                 4000.00    14390.85
                 REF# 1416

04/01/11 805222  April Dockage 2011                                                    2855.96               17246.81
```